ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| v. | * | |
| $21,945.00 IN UNITED STATES CURRENCY, | * | 1 04-CV 0399-HTW |
| Defendant. | * | |

**COMPLAINT FOR FORFEITURE**

COMES NOW the United States of America, Plaintiff in the above-styled civil action, pursuant to 21 U.S.C. § 881(a)(6), and files this Complaint for Forfeiture, showing the Court as follows:

1.

The Court has jurisdiction over this case pursuant to 28 U.S.C. § 1355.

2.

Venue is proper in this Court pursuant to 28 U.S.C. § 1395.

3.

On October 21, 2003, Task Force Agent Frank McCann ("Task Force Agent McCann"), of the Drug Enforcement Administration, seized a total of $21,945.00 in United States Currency ("the Defendant Currency") on land from Mark Sinclaire Womble ("Womble") at 1169 Amberton Lane, Powder Springs, Georgia, a place within the jurisdiction and venue of this Court.

4.

The Defendant Currency is presently within the jurisdiction of this Court.

5.

On April 29, 2003, Task Force Agent McCann, spoke to a reliable Confidential Source ("the CS") regarding the crack distribution operation of Womble.

6.

The CS stated that he took Womble to Chattanooga, Tennessee, on April 26, 2003, to meet with Jerry Allen ("Allen") regarding the purchase of a vehicle by Womble from Allen.

7.

The CS further stated that Allen offered him nine ounces of cocaine, but the CS did not take the cocaine from Allen. The CS stated that Allen then sold the nine ounces of cocaine to Womble for $7,500.00.

8.

The CS stated that Womble drove back to Marietta, Georgia, in a separate vehicle, with the nine ounces of cocaine.

9.

The CS told Task Force Agent McCann that Womble is a crack cocaine dealer in Macon, Georgia, and that he has numerous locations where people distribute crack cocaine for him.

10.

The CS further stated that on April 29, 2003, he told Womble that Allen had been arrested in Chattanooga, Tennessee, with two kilograms of cocaine, that he (the CS) and Allen were partners in the cocaine business, and that he had fifteen kilograms of cocaine stored in a storage unit in Cartersville, Georgia, which he had purchased from Mexican nationals in Texas for $12,500.00.

11.

Womble told the CS that he wanted to purchase all of the cocaine from the CS for $12,500.00 per kilogram and that Womble and the CS would split the profit from the sale of the cocaine. Womble further stated that there was no cocaine in Macon, Georgia, and that he could sell the cocaine for $20,000.00 to $30,000.00 per kilogram.

12.

On April 20, 2003, the CS made arrangements to sell 15 kilograms of cocaine to Womble for $187,000.00.

13.

After searching the CS and his vehicle for contraband, Task Force Agent McCann equipped the CS with a wireless transmitter and a digital tape recorder.

14.

At approximately 5:43 p.m., the CS drove to Womble's business, Natural Blend Barber Shop ("the Barber Shop"), located at 2262

Powder Springs Road, Marietta, Georgia, and met with Womble. At approximately 6:05 p.m., the CS left the Barber Shop and met with agents.

15.

On May 3, 2003, the CS made arrangements to sell the 15 kilograms of cocaine to Womble for $187,000.00, in Cartersville, Georgia.

16.

After searching the CS and his vehicle for contraband, Task Force Agent McCann equipped the CS with a wireless transmitter and a digital tape recorder.

17.

At approximately 8:40 p.m., the CS drove to the Barber Shop and met with Womble. Womble told the CS that the person with the money for the cocaine purchase would meet them at Dave & Buster's Restaurant.

18.

At approximately 8:45 p.m., Womble got into the CS's vehicle, and they drove to Dave & Buster's Restaurant, located at 2215 D.B. Drive, Marietta, Georgia, arriving at approximately 9:05 p.m.

19.

At approximately 9:07 p.m., the CS entered Dave & Buster's while Womble stayed at the CS's vehicle. The CS returned to his vehicle at approximately 9:15 p.m.

20.

At approximately 9:25 p.m., a white 2003 Infiniti I-35 with Florida tag T99ACL ("the Infiniti") arrived at the Dave & Buster's parking lot and parked near the CS's vehicle. The Infiniti contained a sole occupant, later identified as Kenyon Tyrone Ross ("Ross").

21.

Immediately, the CS and Womble walked over to the Infiniti. The CS saw a large amount of United States currency in the back seat of the Infiniti.

22.

The CS and Womble then returned to the CS's vehicle. At approximately 9:28 p.m., the CS and Womble, followed by the Infiniti, exited the Dave & Buster's parking lot and drove north on I-75 toward Cartersville, Georgia.

23.

Meanwhile, Task Force Agent McCann contacted Deputy Billy Lancaster ("Deputy Lancaster) and Deputy Lee Fletcher ("Deputy Fletcher"), of the Bartow County Sheriff's Office, for assistance.

24.

Task Force Agent McCann informed Deputy Lancaster and Deputy Fletcher that he had received information from the CS that Ross was attempting to purchase 15 kilograms of cocaine with a large sum of United States currency.

25.

Task Force Agent McCann requested that Deputy Lancaster and Deputy Fletcher initiate a traffic stop on the Infiniti.

26.

At approximately 9:41 p.m., Deputy Lancaster and Deputy Fletcher observed the Infiniti driving northbound on I-75.

27.

Deputy Lancaster and Deputy Fletcher observed Ross make an illegal lane change when he changed lanes without turning on his turn signal.

28.

Deputy Lancaster and Deputy Fletcher stopped the Infiniti on exit ramp 283 in Emerson, Georgia.

29.

Deputy Fletcher asked for consent to search the Infiniti, and Ross consented.

30.

In the back seat of the Infiniti, Deputy Lancaster and Deputy Fletcher located a backpack. Deputy Lancaster and Deputy Fletcher asked Ross what was in the backpack, and Ross told the deputies that it contained $187,500.00 United States currency.

31.

Deputy Lancaster and Deputy Fletcher searched Ross for weapons and located an additional large amount of United States Currency.

32.

Deputy Lancaster and Deputy Fletcher seized $185,345.00 from the backpack and $3,349.00 from Ross's person, for a total of $188,694.00.

33.

On October 9, 2003, the United States filed a civil forfeiture complaint in this district (case # 4:03-CV-269-HLM) against the $188,694.00 in United States Currency seized from Ross.

34.

After the Deputies seized the $188,694.00 in United States Currency from Ross, Task Force Agent McCann maintained surveillance on the CS and Womble. The CS and Womble drove to the McDonald's Restaurant, located at M.L.K. Street and Dixie Avenue, Cartersville, Georgia.

35.

The CS left Womble at McDonald's while he met with Task Force Agent McCann.

36.

At approximately 10:37 p.m., the CS called Womble to discuss the cocaine transaction. Womble left McDonald's and walked across the street to the Waffle House Restaurant.

37.

On October 21, 2003, Task Force Agent McCann obtained from the Bartow County Magistrate Court a warrant to arrest Womble for

trafficking in cocaine. The warrant arose from Womble's attempted purchase of 15 kilograms of cocaine on May 3, 2003.

38.

On October 27, 2003, Womble was arrested and read his Miranda rights by Task Force Agent McCann.

39.

During a search of Womble's residence at the time of his arrest, DEA Task Force Agent Gene Beard seized $21,945.00 ("the Defendant Currency") from a safe located in the basement.

40.

The Defendant Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) on the grounds that it was furnished or intended to be furnished in exchange for a controlled substance, that it constitutes proceeds traceable to such an exchange, or that it was used or intended to be used to facilitate the sale or exchange of a controlled substance.

WHEREFORE, Plaintiff prays:

(1) that the Court forfeit the Defendant Currency to the United States of America;

(2) that the Court award Plaintiff the costs of this action; and

(3) that Plaintiff have such other and further relief as the Court deems just and proper under the facts and circumstances of this case.

This  11th  day of February, 2004.

                                      Respectfully submitted,

                                      WILLIAM S. DUFFEY, JR.
                                      UNITED STATES ATTORNEY

                                      J. RUSSELL PHILLIPS
                                      ASSISTANT U.S. ATTORNEY
                                      GEORGIA BAR NO. 576335
                                      600 UNITED STATES COURTHOUSE
                                      75 SPRING STREET, S.W.
                                      ATLANTA, GA 30303
                                      (404)581-6239 - PHONE
                                      (404)581-6156 - FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| v. | * | |
| $188,694.00 IN UNITED STATES CURRENCY, | * | _____ |
| Defendant. | * | |

**VERIFICATION OF COMPLAINT FOR FORFEITURE**

I, Task Force Agent Frank McCann, have read the Complaint for Forfeiture in this action and state that its contents are true and correct to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This ____ day of February, 2004.

TASK FORCE AGENT FRANK MCCANN
DRUG ENFORCEMENT ADMINISTRATION