**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil Action No: 1 04-CV-0399HTW |
| | ) |
| vs. | ) |
| | ) |
| $21,945.00 in U.S. CURRENCY | ) |
| | ) |
| Defendant. | ) |

### DISMISSAL OF CLAIM

COMES NOW Mark Sinclaire Womble, Claimant in the above-styled action, and hereby voluntarily dismissed his claim and his answer WITHOUT PREJUDICE.

This the _10_ day of June, 2004.

Respectfully submitted,

Nathan J. Wade
Attorney for Claimant
Georgia Bar No. 390947

Law Offices of Nathan J. Wade, PC
2000 Powers Ferry Road
Suite 2-8
Marietta, GA 30067
(770) 303-0700 *Phone*
(770) 303-0707 *Fax*

19

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon United States Attorney for the Northern District of Georgia, Richard Russell Federal Building, Suite 600, 75 Spring Street, S.W., Atlanta, Georgia 30303 and Clerk of Court for the Northern District of Georgia, Richard Russell Federal Building, Suite 2200, 75 Spring Street, S.W., Atlanta, Georgia 30303; a true and correct copy of the foregoing Dismissal of Claim, by the following method:

_____ depositing said copy in the United States mail in a properly addressed envelope with adequate postage thereon.

✓ via Fax delivery.

This 10 day of June, 2004.

Respectfully submitted,

Nathan J. Wade
Attorney for Claimant
Georgia Bar No. 390947

Law Offices of Nathan J. Wade, PC
2000 Powers Ferry Road
Suite 2-8
Marietta, GA  30067
(770) 303-0700 *Phone*
(770) 303-0707 *Fax*