ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 2 8 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| v. | * | |
| $21,945.00 IN UNITED STATES CURRENCY, | * | 1:04-CV-0399-HTW |
| Defendant. | * | |

### DEFAULT JUDGMENT

It appearing that Claimant Mark Sinclair Womble has dismissed his claim to the Defendant Currency and no other potential claimant has filed a claim to the Defendant Currency; and it appearing that the time within which any other potential claimant could have filed a claim to the Defendant Currency has expired;

A DEFAULT JUDGMENT is hereby entered in favor of Plaintiff and against all potential claimants to the Defendant Currency, including Mark Sinclair Womble, pursuant to Fed.R.Civ.P. 55(b)(1), and the Defendant Currency is hereby forfeited to the United States of America.

This 28th day of July, 2004.

_____
CLERK, UNITED STATES DISTRICT COURT

Prepared and Submitted By:

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY


J. RUSSELL PHILLIPS
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 576335
600 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GA 30303
(404)581-6239 - PHONE
(404)581-6234 - FAX